AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAN SCHNEIDER
487 Meadowlark Drive
Sarasota, Florida  34236
Tel. (941) 351-2008,
                Plaintiff,
    V.

FEDERAL ELECTION COMMISSION
999 E. St., NW
Washington, DC, 20463,
               Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-01447
Assigned To : Bates, John D.
Assign. Date : 8/20/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)  Federal Election Commission
Office of General Counsel
999 E Street, NW
Washington, DC  20463

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' *Pro Se* (name and address)

Jan Schneider
487 Meadowlark Drive
Sarasota, Florida  34236
Tel. (941) 351-2008
Pro Se

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      AUG 2 0 2008

CLERK                                           DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jan Schneider | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) Case No.: 1:08-cv-01447 JDB |
| v. | ) |
| Federal Election Commission | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |

## AFFIDAVIT OF SERVICE

I, Wesley Jennings, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint (Declaratory and Injunctive Relief) with Exhibit A and Initial Electronic Case Filing Order

SERVE TO: Federal Election Commission
SERVICE ADDRESS: Office of General Counsel, 999 E Street, NW, Washington, DC 20463

DATE SERVED: August 21, 2008   TIME SERVED: 12:58 PM

PERSON SERVED: Retha Dixon, Docket Manager, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 40   Height: 5'6'   Weight: 185

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

8-22-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-006944

Client Reference: 026210-0101